TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
James.Sweetin@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Harold Herrera-Ramirez,<br><br>                    Petitioner,<br><br>        v.<br><br>The United States of America; Kristi Noem; Pamela J. Bondi; Kerri Ann Quihuis; Michael Bernacke; Todd Lyons; John Mattos,<br><br>                    Respondents. | Case No. 2:26-cv-00429-JAD-BNW<br><br>**Stipulation for Extension of Time for Petitioner to File Amended Petition and for Respondents to File a Response**<br><br>**(First Request)**<br><br>[ECF Nos. 7, 9] |

Petitioner Harold Herrera-Ramirez ("Petitioner"), and Federal Respondents

through their undersigned counsel, hereby stipulate and jointly request that this Court

extend the due date for Petitioner's Amended Petition from March 11, 2026 to March 25,

2026. This is the first request for an extension of time.

Petitioner's counsel and Federal Respondents counsel, AUSA James Sweetin, have

conferred via email regarding the need for an extension of time. Should this Court grant

this request, the Amended Petition would be due on or before March 25, 2026; the Federal

Respondents' Response would be due on or before April 8, 2026. This extension is

necessary because Petitioner's Counsel needs additional time to review records he recently

received in this case and prepare an adequate amended petition. On March 11, 2026,

Petitioner filed a motion for extension of time to File Amended Complaint (ECF No. 7).

Respondents do not oppose petitioner's motion for extension of time to file amended petition.

Should this Court grant this request, the Amended Petition would be due on or before March 25, 2026. The parties agree that Federal Respondent's Response to the Amended Petition would be due 14 days after the Amended Petition is filed. Assuming a March 25, 2026 Amended Petition file date, Respondent's Response would be due on April 8, 2026.

For these reasons, the parties request this Court extend Petitioner's Amended Petition due date up to and including March 25, 2026.

Respectfully submitted this 17th day of March 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| /s/ Martin L. Novillo<br>MARTIN L. NOVILLO<br>Assistant Federal Public Defender | /s/ James R. Sweetin<br>JAMES R. SWEETIN<br>Assistant United States Attorney |

ORDER

With good cause appearing, IT IS ORDERED that the stipulation to extend time [9] is GRANTED.  Petitioner's motion to extend time [7] is DENIED as moot.  The amended petition is due on March 25, 2026.  The response is due April 8, 2026.

_____
U.S. District Judge Jennifer A. Dorsey

Dated: March 20, 2026

2