TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
James.Sweetin@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Harold Herrera-Ramirez,<br><br>Petitioner,<br><br>v.<br><br>The United States of America; Kristi Noem; Pamela J. Bondi; Kerri Ann Quihuis; Michael Bernacke; Todd Lyons; John Mattos,<br><br>Respondents. | Case No. 2:26-cv-00429-JAD-BNW<br><br>**Stipulation for Extension of Time for Respondents to File a Response to Amended Petition (ECF No. 11)**<br><br>**(Third Request)** |

Petitioner Harold Herrera-Ramirez ("Petitioner"), and Federal Respondents through their undersigned counsel, hereby stipulate and jointly request that this Court extend the due date for Federal Respondent's Response to the Amended Petition from April 15, 2026 to April 17, 2026. This is the third request for an extension of time.

Petitioner's counsel and Federal Respondents counsel, AUSA James Sweetin, have conferred via email regarding the need for an extension of time. Should this Court grant this request, the Response to the Amended Petition would be due on or before April 17, 2026. Federal Respondents have good cause to request this extension of time. Federal Respondents' counsel needs additional time to obtain all responsive information regarding the Amended Petition from its clients to meaningfully respond to the Amended Petition.

The undersigned counsel for Federal Respondents also has a relatedly substantial workload.

This third request is made in good faith and not for the purpose of undue delay.

      Respectfully submitted this 15th day of April 2026.


RENE L. VALLADARES          TODD BLANCHE
Federal Public Defender         Deputy Attorney General of the United States
                          SIGAL CHATTAH
                          First Assistant United States Attorney


 /s/ Martin L. Novillo           /s/ James R. Sweetin
MARTIN L. NOVILLO         JAMES R. SWEETIN
Assistant Federal Public Defender   Assistant United States Attorney


                     IT IS SO ORDERED.


                    _____
                    United States Magistrate Judge

                    Dated: April 16, 2026